UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEVYN S COLE,<br>Appellant | CIVIL DOCKET NO. 1:22-CV-1918 |
| VERSUS | JUDGE DRELL |
| UNITED STATES COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner of Social Security is AFFIRMED and Neal's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 9th day of January 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT