UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KEVYN S. COLE** | **CASE NO. 22-cv-1918** |
| -vs- | **JUDGE DRELL** |
| **U.S. COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner of Social Security is AFFIRMED, and that Cole's appeal is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDRERED AND SIGNED at Alexandria, Louisiana this 3rd day of February 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT